ROBERT J. STEWART, Appellant, *v.* HENRY N. AHRENS, Respondent.

Argued March 1, 1937; decided March 16, 1937.

*Horace M. Gray* for appellant.

*Walter H. Merritt* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.